IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv37

| | | |
|---|---|---|
| THOMAS L. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARTHA H. CURRAN; DAVID G. MANSEAU; R. HARCOURT FULTON; THE HONORABLE ALBERT DIAZ; and THE HONORABLE RICHARD D. BONER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on plaintiff's Motion Pursuant to LCVR 7.1(A). In such motion, plaintiff apologizes for statements made in previous filings with the court. The court accepts and appreciates such apology and will consider the prior comments to be withdrawn.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion Pursuant to LCVR 7.1(A) (#23) is **GRANTED**, plaintiff's apology is accepted, and the court notes plaintiff's withdrawal of his previous comments.

Signed: March 15, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge