# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas L. Jones,

    Plaintiff,

vs.

Martha Curran, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:11-cv-37-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2011 Order.

    Signed: September 21, 2011

Frank G. Johns, Clerk
United States District Court